Costea v Vemen Mgt. Corp. (2023 NY Slip Op 00410)

Costea v Vemen Mgt. Corp.

2023 NY Slip Op 00410

Decided on February 1, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 1, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

REINALDO E. RIVERA, J.P.
JOSEPH J. MALTESE
WILLIAM G. FORD
JANICE A. TAYLOR, JJ.

2020-00062
 (Index No. 606601/19)

[*1]Nicholas Costea, etc., respondent, 
v
Vemen Management Corp., et al., appellants.

Kordas & Marinis, LLP, Long Island City, NY (George B. Kordas and Rosenberg Calica & Birney LLP [Edward M. Ross], of counsel), for appellants.
The Law Firm of Elias C. Schwartz PLLC, Great Neck, NY (Sarah R. Gitomer of counsel), for respondent.

DECISION & ORDER
In an action, inter alia, to recover damages for breach of contract, the defendants appeal from an order of the Supreme Court, Nassau County (Steven M. Jaeger, J.), entered November 27, 2019. The order, insofar as appealed from, denied those branches of the defendants' motion which were for summary judgment dismissing the complaint insofar as asserted against the defendants Vemen Management Corp. and Vassilio Kefalas, and the causes of action alleging fraud and violations of the Debtor and Creditor Law, and, in effect, pursuant to CPLR 3211(a)(2) to dismiss the complaint.
ORDERED that the appeal is dismissed, without costs or disbursements.
The appeal from the order must be dismissed because the right of direct appeal therefrom terminated with the entry of the judgment in the action (see Matter of Aho , 39 NY2d 241, 248).
RIVERA, J.P., MALTESE, FORD and TAYLOR, JJ., concur.
ENTER:
Maria T. Fasulo
Clerk of the Court